**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sandra ELLIOTT, Defendant–Appellant.**

No. 16–6394

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Sandra Elliott, Appellant Pro Se. William Miller Gilmore, Stephen Aubrey West, Assistant United States Attorneys, Kimberly Ann Moore, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Elliott appeals the district court's order denying her motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Elliott, No. 5:09–cr–00383–BO–1 (E.D.N.C. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED